

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00051-CR

EX PARTE ANTHONY JORDAN PATTERSON

§ On Appeal from the 297th District Court

§ of Tarrant County (1749378)

§ March 21, 2024

§ Memorandum Opinion by Chief Justice Sudderth

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth